

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2019

No. 04-19-00566-CV

**IN THE INTEREST OF J.E.R., A CHILD,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00940
Honorable Richard Garcia, Judge Presiding

## O R D E R

    This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellee has filed a motion for extension of time to file its brief. Appellee's motion is GRANTED. Appellee's brief is due on December 9, 2019.

    Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court